United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA MONTOYA CABANAS, | § § § | CIVIL ACTION NO 4:25-cv-04830 |
| Petitioner, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § | |

## FINAL JUDGMENT

Summary judgment has been entered in favor of Respondents, and the petition for writ of *habeas corpus* by Petitioner Virginia Montoya Cabanas has been DENIED. See Dkt 23.

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on November 24, 2025, at Houston, Texas.

*/s/ C.R. Eskridge*
Hon Charles Eskridge
United States District Judge